Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000084
27-JUN-2017
09:10 AM

NO. CAAP-17-0000084

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RICHARD SLEZAK, Plaintiff-Appellant,
v.
HSIN SHIH, SEAN CALDER, LUI HOKOANA, UH MAUI, DAVID LASSNER,
UNIVERSITY OF HAWAI'I, Defendants-Appellees,
and
DOES 1-100, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 17-1-0005)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, and Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On May 16, 2017, the court granted pro se Plaintiff-Appellant Richard Slezak's (Appellant) May 11, 2017 motion for relief from default of the record on appeal, and denied his motion for leave to proceed on appeal *in forma pauperis* without prejudice to him filing a motion, within ten days from the date of the order, that complies with Hawai'i Rules of Appellate Procedure (HRAP) Rule 24(a) and provides all information prescribed by Form 4 of the Appendix of Forms. The court cautioned Appellant that failure to timely file the motion may result in the appeal being dismissed;

(2) On June 2, 2017, Appellant moved for reconsideration of the May 16, 2017 order, and on June 13, 2017, the court denied Appellant's motion;

(3) Appellant took no further action in this appeal; and

(4) An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed *in forma pauperis*. HRAP Rule 11(b)(2) & (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, June 27, 2017,

Presiding Judge

Associate Judge

Associate Judge

2